QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  Scott G. Lawson (Bar No. 174671)
  Carlos A. Trujillo (Bar No. 224033)
50 California Street, 22nd Floor
San Francisco, California  94105
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PAUL ORTEGA,<br><br>          Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; DOES 1-50,<br><br>          Defendant. | Case No. CIV S-04-1912 LKK GGH<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the terms of a confidential settlement agreement between the parties, plaintiff Paul Ortega and defendant International Business Machines Corporation hereby stipulate to the dismissal with prejudice of the entire action and each and every claim therein.  Each party further agrees that he or it shall bear his or its own attorneys' fees and costs.

Dated: April ___, 2005					LAW OFFICES OF JEFFERY L. ARAN


							By /signature on original
							    Jeffery L. Aran
							    Attorneys for Plaintiff
							    Paul Ortega


Dated: April ___, 2005					QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


							By /signature on original
							    Scott G. Lawson
							    Attorneys for Defendants
							    International Business Machines Corporation

## ORDER

Pursuant to the foregoing stipulation of all parties, IT IS HEREBY ORDERED that the entire action and each and every claim therein, is DISMISSED with prejudice. Each party shall bear his or its own attorneys' fees and costs.

Dated: May 9, 2005             /s/Lawrence K. Karlton

                                        Lawrence K. Karlton
                                        United States District Judge